UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

_____

THE VOLLRATH COMPANY, L.L.C.,

        Plaintiff,

vs.                                          Case No.: 1:16-cv-00381

STEVEN J. LEVINE; ADVANCED
FROZEN TREAT TECHNOLOGY, INC.
dba SUPERIOR FREEZERS CALIFORNIA;
and PRISM MARKETING CORPORATION
dba SUPERIOR FREEZERS NORTHWEST,

        Defendants.
_____

## ORDER OF DISMISSAL
_____

        Based upon the stipulation of the parties (ECF No. 174), and pursuant to Federal Rule of Civil Procedure 41(a), the above-captioned action is hereby dismissed in its entirety with prejudice, and without costs or fees to any party.

        **SO ORDERED** this <u>6th</u> day of March, 2019.

                                                                       s/ William C. Griesbach
                                                                    Hon. William C. Griesbach, Chief Judge
                                                                    United States District Court